

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br>MATTHEW CRIPPEN,                   )<br>                                   )<br>            Defendant.             )<br>                                   )<br>                                   )<br>                                   )<br>_____) | 09-CR- **CR09-00703**<br><br>I N D I C T M E N T<br><br>[17 U.S.C. §§ 1201(a)(1)(A),<br>1204(a)(1): Digital<br>Millennium Copyright Act] |

The Grand Jury Charges:

COUNT ONE

[17 U.S.C. §§ 1201(a)(1)(A) and 1204(a)(1)]

On or about March 15, 2008, in Orange County, within the Central District of California, defendant MATTHEW CRIPPEN willfully and for purposes of commercial advantage and private financial gain, circumvented a technological measure that effectively controlled access to a copyrighted work, more particularly, used software to modify a Xbox machine's Optical

///

MCK:mck

1  Disc Drive so it would circumvent the anti-piracy measures
2  contained on the original unmodified Optical Disc Drive.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[17 U.S.C. §§ 1201(a)(1)(A) and 1204(a)(1)]

On or about April 21, 2009, in Orange County, within the Central District of California, defendant MATTHEW CRIPPEN willfully and for purposes of commercial advantage and private financial gain, circumvented a technological measure that effectively controlled access to a copyrighted work, more particularly, used software to modify a Xbox machine's Optical Disc Drive so it would circumvent the anti-piracy measures contained on the original unmodified Optical Disc Drive.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C. Ewell* (signature)

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney,
Chief, Cyber and Intellectual Property Crimes Section

MARK C. KRAUSE
Assistant United States Attorney,
Deputy Chief, Cyber and Intellectual Property Crimes Section