# *Memorandum*

FILED 

| Subj: **CR09-00703** | Date: 2009 JUL 24 AM 11: 59 |
|---|---|
| United States v. Crippen | July 23, 2009 |

To:

**TERRY NAFISI**
District Court Executive
United States District Court
Central District of California

From:

**MARK C. KRAUSE**
Assistant United States Attorney
Criminal Division

The matter relating to the above-referenced criminal action,

United States v. Crippen, being filed on July 24, 2009

[ ] is

[x] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

MARK C. KRAUSE
Assistant United States Attorney
Criminal Division