**FILED**

2009 AUG -3 PM 1:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. MATTHEW LLOYD CRIPPEN DEFENDANT(S). | CASE NUMBER: CR09-00703 |
|---|---|
| | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 8/3/09   12:32   ☐ AM / ☑ PM
2. Defendant is in lock-up (in this court building) Yes ☑   No ☐
3. Charges under which defendant has been booked:
   17 USC 1201(a)(1)(A) + 17 USC 1204(A)   DMCA of 1998
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1982
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel?   ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: _____   Time: 1:51   AM / ☑ PM
14. Remarks (if any): None

15. Date: 8/3/09
16. Name: Josh Akronowicz (Please Print)
17. Agency: ICE
18. Signature: [signature]
19. Office Phone Number: 562-668-1710

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION