# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | CR 09-703 |
| v. | |
| MATTHEW CRIPPEN | DECLARATION RE PASSPORT |
| DEFENDANT. | |

*FILED CLERK, U.S. DISTRICT COURT AUG - 3 2009 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

I, __MATTHEW CRIPPEN__ (Defendant), declare that

☒ I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __3rd__ day of __AUGUST__, 20__09__
at __LOS ANGELES, CALIFORNIA__
(City and state)

_[signature]_
Signature of Defendant

CR-37 (01/06)                    DECLARATION RE PASSPORT