UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-00703          Recorder: CS 08/10/2009          Date: 08/10/2009

Present: The Honorable Rosalyn M. Chapman, U.S. Magistrate Judge

Court Clerk: Terry R. Baker / VM          Assistant U.S. Attorney: Ben Barron

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MATTHEW CRIPPEN<br>    BOND-PRESENT | MYRA J. SUN, special appearance by ALICIA Y. BLANCO<br>        DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Philip S. Gutierrez.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 09/29/2009 at 9:00 A.M.
    Status Conference 09/14/2009 at 10:00 A.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Judge's Discovery Order issued.

00 : 04
Initials of Deputy Clerk: TRB