```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JASON P. GONZALEZ (State Bar # 178768)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:     (213) 894-8957
         Facsimile:     (213) 894-0141
 7       Email:         jason.gonzalez@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
                   UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
    UNITED STATES OF AMERICA,    ) NO. CR-09-703-PSG
12                               )
                 Plaintiff,      ) GOVERNMENT'S EX PARTE APPLICATION
13                               ) FOR ORDER UNSEALING SEARCH WARRANT
              v.                 ) AND RELATED DOCUMENTS; DECLARATION
14                               ) OF JASON P. GONZALEZ
    MATTHEW CRIPPEN,             )
15                               )
         Defendant.              )
16                               )
                                 )
17
18  TO:  THE HONORABLE PHILIP S. GUTIERREZ

19       UNITED STATES DISTRICT COURT JUDGE

20       CENTRAL DISTRICT OF CALIFORNIA

21       Plaintiff the United States of America hereby applies ex

22  parte for an order that the search warrant, search warrant

23  affidavit, and related attachments filed under seal in magistrate

24  case number 09-879-M, and which relate to a law enforcement

25  search of defendant Matthew Crippen's residence, be unsealed so

26  that they can be produced in discovery.

27       This ex parte application is based on the attached on the
```

attached memorandum of points and authorities and declaration of Jason P. Gonzalez.

DATED: August 13, 2009

                      Respectfully submitted,

                      THOMAS P. O'BRIEN
                      United States Attorney

                      CHRISTINE C. EWELL
                      Assistant United States Attorney
                      Chief, Criminal Division

                        /s/
                      JASON P. GONZALEZ
                      Assistant United States Attorney
                      Attorneys for Plaintiff
                      UNITED STATES OF AMERICA

MEMORANDUM OF POINTS AND AUTHORITIES

The government requests that this Court unseal the search warrant, search warrant affidavit, and related attachments that were filed under seal in magistrate case number 09-879-M. These documents relate to a May 5, 2009, law enforcement search of defendant Matthew Crippen's residence. The government requests that these documents be unsealed so that they can be produced in discovery. The documents originally were ordered sealed by Magistrate Judge Stephen J. Hillman in a May 1, 2009 sealed order. The order stemmed from the government's sealed <u>ex parte</u> application to seal the documents based on a concern that defendant, who was under investigation at the time, may learn of the investigation and flee or destroy evidence should the documents be publicly filed.

Now that the search has been completed, and defendant arrested and indicted, there is no longer any need to seal the

///
///
///

3

documents.  The government therefore respectfully requests that they be unsealed.

Respectfully submitted,

        THOMAS P. O'BRIEN
        United States Attorney

        CHRISTINE C. EWELL
        Assistant United States Attorney
        Chief, Criminal Division


          /s/
        JASON P. GONZALEZ
        Assistant United States Attorney
        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

<u>DECLARATION OF JASON P. GONZALEZ</u>

I, Jason P. Gonzalez, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the matter of <u>United States v. Matthew Crippen</u>.

2.   It is my understanding from reviewing the materials in this case that on or about May 1, 2009, the government obtained a search warrant in magistrate case number 09-879-M.  This warrant authorized the government to search the residence of defendant Matthew Crippen.

3.   The search warrant, search warrant affidavit, and related attachments were submitted under seal.  According to the

4

government's ex parte application to seal these documents, sealing was necessary to ensure that defendant, who was under investigation at the time, did not learn of the investigation and flee or destroy evidence. Magistrate Judge Stephen J. Hillman granted the application to seal in a May 1, 2009 order. Both the ex parte application and the order were filed under seal.

4.  It is my understanding from reviewing the materials in this case that the search of defendant's residence pursuant to the warrant took place on May 5, 2009.  Defendant was arrested at that time and has since been indicted.  Therefore there is no longer any need to seal the documents.  The government requests that they be unsealed so that the government can produce them to defendant in discovery.

5.  On August 12, 2009, I spoke to defense counsel Deputy Federal Public Defender Callie Glanton-Steele by phone.  She indicated she had no objection to the government's ex parte application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 8/13/09

\_\_/s/_____
JASON P. GONZALEZ