```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JASON P. GONZALEZ
 4  Assistant United States Attorney
    (Cal. State Bar # 178768)
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:     (213) 894-8957
 7       Facsimile:     (213) 894-0141
         Email:         jason.gonzalez@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

10                   UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
    UNITED STATES OF AMERICA,    ) NO. CR-09-703-PSG
13                               )
                    Plaintiff,   )
14                               ) [Proposed] O R D E R
               v.                )
15                               )
    MATTHEW CRIPPEN,             )
16                               )
            Defendant.            )
17                               )
    _____)
18

19        For good cause shown, IT IS HEREBY ORDERED THAT:

20        The government's ex parte application to unseal the search

21  warrant, search warrant affidavit, and related attachments in

22  magistrate case number 09-879-M is is GRANTED.  The documents are

23  ///

24  ///

25  ///

26

27

hereby unsealed, and the government may produce them in discovery.

DATED: _____

_____
THE HONORABLE PHILIP S. GUTIERREZ

Presented by:


____/s/_____
JASON P. GONZALEZ
Assistant United States Attorney