`E-FILED:10/20/10`

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

_____    _____    _____
Date Filed                        Doc. No.                  Title of Doc.

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed

☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .

☐ The hearing date has been rescheduled to _____ at _____

☐ Other

Clerk, U.S. District Court

Dated: _____        By: _____*Wendy K. Hernandez*_____

                                                              Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge