ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ALLEN W. CHIU (Cal. State Bar No.: 240516)
Assistant United States Attorney
General Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527
    Facsimile: (213) 894-0141
    E-mail:   Allen.Chiu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 09-0703-PSG |
| | ) | |
| Plaintiff, | ) | <u>GOVERNMENT'S SUPPLEMENTAL</u> |
| | ) | <u>PROPOSED VOIR DIRE QUESTIONS</u> |
| v. | ) | |
| | ) | |
| MATTHEW CRIPPEN, | ) | Trial Date: November 30, 2010 |
| | ) | Trial Time: 9:00 a.m. |
| Defendant. | ) | Place: Courtroom of the Honorable Philip S. Gutierrez |
| | ) | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, respectfully requests that the

///
///
///
///
///
///

Court ask potential jurors the supplemental questions attached hereto, in addition to the questions which have already been submitted by the government, as well as the Court's usual voir dire questions.

Dated: November 26, 2010        Respectfully submitted,

                                        ANDRÉ BIROTTE JR.
                                      United States Attorney

                                      ROBERT E. DUGDALE
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                                  /s/
                                      ALLEN W. CHIU
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

**GOVERNMENT'S SUPPLEMENTAL REQUESTED VOIR DIRE QUESTIONS**

<u>MEDIA EXPOSURE RELATING TO THE CASE</u>

    1.   Prior to serving as a juror in this case, have you seen, heard or read anything about this case?  If so, please explain.

    2.   Have you seen, heard or read any content, in any form, including television, magazines, or the Internet, regarding illegal activity relating to copyrighted materials, such as pirated video games, movies or music?  If so, please explain.

    3.   Do you regularly visit Internet websites, blogs, or chat rooms that discuss developments in the law relating to computer or video games, or any other types of technology?  If so, please explain.