# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

CC: USPO

| | |
|---|---|
| Case No. | CR 09-703-PSG |
| Date | 11-30-10 |
| Present: The Honorable | Philip S. Gutierrez |
| Interpreter | None |

| Wendy Hernandez | Miriam Baird | Allen Chiu / Elisa Fernandez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Matthew Crippen | x | | x | Callie Glanton Steele; Koren Bell; Asal Akhondzadeh | x | | x |

___ Day COURT TRIAL     1st Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

___ Opening statements made

___ Witnesses called, sworn and testified.

___ Exhibits identified     ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___   Guilty on count(s) ___     Not Guilty on count(s) ___

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___   Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X  Case continued to   12-01-10 at 9am   for further trial/further jury deliberation.

X  Other: In camera portion of today's proceedings are ordered sealed until further order of the Court.

Oral argument heard on the pending motions in limine. Amended exhibit list and jury instructions to be submitted tomorrow.

6 : 40

Initials of Deputy Clerk   wh