SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CALLIE GLANTON STEELE (No. 155442)
Deputy Federal Public Defender
(E-mail: Callie_Steele@fd.org)
KOREN BELL (No. 268614)
(E-mail: Koren_Bell@fd.org)
ASAL AKHONDZADEH (No. 266792)
(E-mail: Asal_Akhondzadeh@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-6075
Facsimile (213) 894-0081

Attorneys for Defendant
MATTHEW CRIPPEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MATTHEW CRIPPEN, <br> Defendant. | NO. CR 09-703-PSG <br><br> **EXHIBITS REGARDING GOVERNMENT'S WITNESS KEN MCGRAIL** |

Defendant Matthew Crippen, through his attorneys of record, Deputy Federal Public Defenders Callie Glanton Steele, Koren Bell, and Asal Akhondzadeh, hereby

//
//
//
//
//
//

files, the attached Exhibits Regarding Government's Witness Ken McGrail for this Court's consideration.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: December 1, 2010   By:   /s/ Callie Glanton Steele
                                 CALLIE GLANTON STEELE
                                 Deputy Federal Public Defender

DATED: December 1, 2010   By:   /s/ Koren L. Bell
                                 KOREN L. BELL
                                 Deputy Federal Public Defender

DATED: December 1, 2010   By:   /s/ Asal Akhondzadeh
                                 ASAL AKHONDZADEH
                                 Deputy Federal Public Defender