# EXHIBIT A



**U. S. Department of Justice**

*United States Attorney*
*Central District of California*

Jason P. Gonzalez
Assistant United States Attorney
(213) 894-8957
(213) 894-0141 (facsimile)

312 North Spring Street
Los Angeles, CA 90012

August 12, 2009

<u>VIA INTER-OFFICE MAIL</u>
Callie Glanton-Steele
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
tel:    (213) 894-6075
fax:    (213) 894-0081

Re:   <u>U.S. v. Crippen (CR-09-703-PSG)</u>

Dear Ms. Glanton-Steele:

Enclosed please find documents bates numbered 1 through 172. The government will make available for your inspection any item of evidence referred to in the enclosed discovery, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. Please contact me to arrange a mutually convenient time for your inspection of these items.

In addition, the government will produce to you any additional <u>Jencks</u> material, including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued, one week before trial if you agree to the production of reciprocal <u>Jencks</u> material at that time or affirmatively represent that you have no <u>Jencks</u> material to produce. Please inform me whether such an arrangement is acceptable to you.

The enclosed materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The government also requests notice of any intention of your client to rely on an entrapment defense, a defense involving mental condition or duress, or an alibi defense. Pursuant to Rule 12.1 of the Federal

Rules of Criminal Procedure, the government states that the time, date, and place at which the alleged offenses were committed are March 15, 2008 and April 21, 2009, as alleged in the indictment.

You will note that the discovery refers to electronic surveillance of your client being conducted. I will produce that information to you shortly, as soon as I receive it.

Very truly yours,

THOMAS P. O'BRIEN
United States Attorney


JASON P. GONZALEZ
Assistant United States Attorney

Encls.

-2-

REPORT OF INVESTIGATION

RE:   Matthew Crippen

BY:   Ken McGrail
      *Microsoft Xbox Security*
      KenMc@microsoft.com
      (425) 705-3079

DATE:   May 27, 2009

I was asked to review multiple Xbox consoles which were seized from Matthew Crippen. I was provided 4 Xbox 360s and 3 Xbox consoles. Please see my investigation details below.

To verify that the ODDs(Optical Disc Drive) were actually modified, I inserted an original disc of Crackdown, and verified that it loaded correctly. I then inserted a pirated version of Crackdown that I created using tools freely-available on the Internet. The pirated disc also loaded correctly and allowed me to play the game.

The individual modifying the console began by opened the case and removing the ODD. The firmware from the drive was then dumped to a file, and the unique drive key read out. That drive key was written into the modified firmware. The key in the drive and the key held in the console must match in order to authenticate game media. Once the modified firmware was patched with the original drive key, the firmware file was written to the drive to replace the original.

To verify which firmware was actually installed, I connected the ODD to my PC using a normal SATA cable, with the 360 providing the power. Using a well-known tool called MTKFlash I was able to dump the firmware currently on the drive to a file 'dump.bin'. I then used a hex editor to find the differences between the normal firmware that the original drive ships with, and the dump.bin file. There were hundreds of differences between the two files. The most obvious thing to look for is the tag that defines which version of the modified firmware the file actually is. The creator of the firmware writes a string containing the version at hexadecimal offset 0x0000FFE0 or 0x00005FE0 into the file. This text string clearly displays "iXTREME". The same offset in the original firmware contains all zeros. There was only one case where I was not able to follow these steps, and it is described in the console specific section below.

### What does the modified firmware do?

iXtreme firmware is a modified version of the original MS25 firmware. It has new code implemented into it that can circumvent our disc authentication and ODD security queries. For example: When the console asks the drive for the currently loaded discs file

layout, the modified firmware intercepts the request and responds with an answer that does not represent the current disc layout, but instead the layout information that we are looking for. Normally this data is read from a very specific location on the DVD media that is not easy to author. The modified firmware can simply redirect the request to a new location on the disc that can be written by standard DVD burners.

### What is gained from changing the firmware?
Replacing the original firmware with the iXtreme firmware gives the user the ability to fake the disc authentication, and fool the console into thinking that the current disc is legit media while it is actually a game copy. One thing to note here is that game copies can be downloaded from the internet or copied from legit borrowed/rented with less than an hour of work.

The modified firmware can be used to exploit the vulnerability, which could lead to other holes being found in the future.

### What damage does Microsoft sustain as a result of modified firmware?
We cannot assume that each instance of pirating is actually a sale that we would have received. Piracy does however affect the number of game sales that we would have received. Not only is that lost revenue for Microsoft, but pirating takes away from the money that our developers deserve

---

DETAILS: Console 1 (Xbox 360)
Investigation Date:  May 27, 2009

XBOX 360

| | |
|---|---|
| Serial Number: | 412592561705 |
| Optical Drive Mfg: | Toshiba-Samsung MS25 |
| Modified FW Installed: | iXtreme Modified FW for TSST ODDs |

The external case of the unit was visually inspected for signs of tampering. The case had obviously been opened and painted. The top of the case had a plexi-glass window cut into which made the inside of the console visible from the outside.

In opening the shell of the console I found that the person who originally opened it was extremely careless, and had broken most of the plastic clips that hold the case together. The small piece of metal tape that holds the ODD to the chassis had also been cut showing that the drive had been removed

DETAILS: Console 2 (Xbox 360)
Investigation Date:  May 27, 2009

**XBOX 360**

| | |
|---|---|
| Serial Number: | 091380773307 |
| Optical Drive Mfg: | BenQ VAD 6038 |
| Modified FW Installed: | iXtreme 1.51-12x Modified FW |

The external case of the unit was visually inspected for signs of tampering. At first glance the case looked to be unmodified. It wasn't until I noticed the metallic tape holding the ODD to the chassis had been cut that I realized that the console had been opened.

DETAILS: Console 3 (Xbox 360)
Investigation Date: May 27, 2009

**XBOX 360**

| | |
|---|---|
| Serial Number: | 617674462505 |
| Optical Drive Mfg: | TSST MS28 |
| Modified FW Installed: | iXtreme 1.51-12x Modified FW |

The external case of the unit was visually inspected for signs of tampering. The case had missing pieces, and the clips on the back of the case were either missing, or incredibly damaged. The security seal on the front of the console was folded over, and it was obvious that this console had been opened. When I powered on the console I noticed that there was a disc in the drive. It had a pirated copy of SBK Superbike, a game that was released in 2009.

In opening the shell of the console I found that the person who originally opened it was extremely careless, and had damaged the holes that house the clips on the back of the console. The small piece of metal tape that holds the ODD to the chassis had also been cut showing that the drive had been removed from the console at one point.

DETAILS: Console 4 (Xbox 360)
Investigation Date: May 27, 2009

**XBOX 360**

| | |
|---|---|
| Serial Number: | 617674462505 |
| Optical Drive Mfg: | LiteOn DG-16D2S |
| Modified FW Installed: | iXtreme Unknown version |

The external case of the unit was visually inspected for signs of tampering. The case was in fairly good condition and did not appear to have been opened. Upon closer inspection I noticed the metallic tape holding the ODD to the chassis had been cut. The security seal on the front of the console was placed in a way that allowed the case to be opened without breaking the seal. When I powered on the console I found an unlabeled disc in

the drive that contained a ripped copy of the movie "Taken" pirated by the popular group Alli.

This console contains a newer model/revision of the Xbox 360 ODD, which doesn't have a method for dumping the raw firmware image. Instead I had to rely on the proof that a burned disc played without a problem.

In the lot of consoles that I was provided, there were three Xbox 1 consoles. Each of the consoles contained the DuoX 2 Lite Modchip.



DETAILS: Console 5
Investigation Date: May 27, 2009

XBOX 1
Serial Number:           Unknown
Manufacture Date:        Unknown
HDD Info:                Seagate 250GB Barracuda
Installed Modchip:       DuoX 2 Lite

I could not read the Serial Number from this console due to the fact that the data on the manufacturing sticker had worn off over time. The exterior of the console looks un-tampered other than the screws all being removed from the bottom of the case sometime in the past. I opened the case to find a 250GB hard drive installed and a DuoX 2 Modchip.

When booting up the console, it boots directly into the modified dashboard, which enables the launching of game emulators for multiple systems. This particular console

contained over 6000+ rom images, ranging from Nintendo to Arcade game rips and more.

I did not find any Xbox 360 games or movies ripped to the hard drive on this console.

**DETAILS: Console 6**
Investigation Date: May 27, 2009

    XBOX 1

| | |
|---|---|
| Serial Number: | Unknown |
| Manufacture Date: | Unknown |
| HDD Info: | Original HDD |
| Installed Modchip: | DuoX 2 Lite |

I could not read the serial number of this console due to the fact that the sticker had been removed. This console had no screws holding it together. When opening the console I found the same DuoX 2 Lite Modchip installed on the console, however the console did not boot into a modified dashboard.

The hard drive that was installed in the case was still the original drive that came with the console. This console may not have been used for backing up games/movies to the hard drive, but it could be used to play pirated Xbox games.

I did not find any Xbox 360 games or movies ripped to the hard drive on this console.

**DETAILS: Console 7**
Investigation Date: May 27, 2009

    XBOX 1

| | |
|---|---|
| Serial Number: | 317039551306 |
| Manufacture Date: | 2005-03-29 |
| HDD Info: | No HDD |
| Installed Modchip: | DuoX 2 Lite |

This console was still in pieces when it arrived. The case had been taken apart, and the hard drive was not hooked up, or in the case. The console did not boot in its current state.

# EXHIBIT B



Crippen Supplemental Discovery
Chiu, Allen (USACAC)
to:
Callie Steele, Koren_Bell
09/27/2010 07:07 PM
Cc:
"Chiu, Allen (USACAC)"
Show Details

History: This message has been forwarded.

1 Attachment



275-282.PDF

Callie/Koren:

Attached please find supplemental discovery (pgs. 275-282) regarding the tests that Microsoft conducted on the two remaining Xbox consoles.  The results of the tests have been incorporated into his previous report, which was previously provided to you.

Allen W. Chiu

Assistant United States Attorney

312 North Spring Street

Los Angeles, CA 90012

Telephone:  (213) 894-6527

Facsimile:  (213) 894-0141

allen.chiu@usdoj.gov

<<275-282.PDF>>

REPORT OF INVESTIGATION

RE:   Matthew Crippen

BY:   Ken McGrail
      Microsoft Xbox Security
      KenMc@microsoft.com
      (425) 705-3079

DATE:  May 27, 2009

I was asked to review multiple Xbox consoles which were seized from Matthew Crippen. I was provided 4 Xbox 360s and 3 Xbox consoles. Please see my investigation details below.

To verify that the ODDs(Optical Disc Drive) were actually modified, I inserted an original disc of Crackdown, and verified that it loaded correctly. I then inserted a pirated version of Crackdown that I created using tools freely-available on the internet. The pirated disc also loaded correctly and allowed me to play the game.

The individual modifying the console began by opened the case and removing the ODD. The firmware from the drive was then dumped to a file, and the unique drive key read out. That drive key was written into the modified firmware. The key in the drive and the key held in the console must match in order to authenticate game media. Once the modified firmware was patched with the original drive key, the firmware file was written to the drive to replace the original.

To verify which firmware was actually installed, I connected the ODD to my PC using a normal SATA cable, with the 360 providing the power. Using a well-known tool called MTKFlash I was able to dump the firmware currently on the drive to a file 'dump.bin'. I then used a hex editor to find the differences between the normal firmware that the original drive ships with, and the dump.bin file. There were hundreds of differences between the two files. The most obvious thing to look for is the tag that defines which version of the modified firmware the file actually is. The creator of the firmware writes a string containing the version at hexadecimal offset 0x0000FFE0 or 0x00005FE0 into the file. This text string clearly displays "iXTREME". The same offset in the original firmware contains all zeros. There was only one case where I was not able to follow these steps, and it is described in the console specific section below.

## What does the modified firmware do?
iXtreme firmware is a modified version of the original MS25 firmware. It has new code implemented into it that can circumvent our disc authentication and ODD security queries. For example: When the console asks the drive for the currently loaded discs file

275

layout, the modified firmware intercepts the request and responds with an answer that does not represent the current disc layout, but instead the layout information that we are looking for. Normally this data is read from a very specific location on the DVD media that is not easy to author. The modified firmware can simply redirect the request to a new location on the disc that can be written by standard DVD burners.

**What is gained from changing the firmware?**
Replacing the original firmware with the iXtreme firmware gives the user the ability to fake the disc authentication, and fool the console into thinking that the current disc is legit media while it is actually a game copy. One thing to note here is that game copies can be downloaded from the internet or copied from legit borrowed/rented with less than an hour of work.

The modified firmware can be used to exploit the vulnerability, which could lead to other holes being found in the future.

**What damage does Microsoft sustain as a result of modified firmware?**
We cannot assume that each instance of pirating is actually a sale that we would have received. Piracy does however affect the number of game sales that we would have received. Not only is that lost revenue for Microsoft, but pirating takes away from the money that our developers deserve

---

DETAILS: Console 1 (Xbox 360)
Investigation Date: May 27, 2009

### XBOX 360

| | |
|---|---|
| **Serial Number:** | 412592561705 |
| **Optical Drive Mfg:** | Toshiba-Samsung MS25 |
| **Modified FW Installed:** | iXtreme Modified FW for TSST ODDs |

The external case of the unit was visually inspected for signs of tampering. The case had obviously been opened and painted. The top of the case had a plexi-glass window cut into which made the inside of the console visible from the outside.

In opening the shell of the console I found that the person who originally opened it was extremely careless, and had broken most of the plastic clips that hold the case together. The small piece of metal tape that holds the ODD to the chassis had also been cut showing that the drive had been removed

DETAILS: Console 2 (Xbox 360)
Investigation Date: May 27, 2009

**XBOX 360**

    **Serial Number:**                   091380773307
    **Optical Drive Mfg:**            BenQ VAD 6038
    **Modified FW Installed:**      iXtreme 1.51-12x Modified FW

The external case of the unit was visually inspected for signs of tampering. At first glance the case looked to be unmodified. It wasn't until I noticed the metallic tape holding the ODD to the chassis had been cut that I realized that the console had been opened.

DETAILS: **Console 3 (Xbox 360)**
**Investigation Date:  May 27, 2009**

    **XBOX 360**

        **Serial Number:**                617674462505
        **Optical Drive Mfg:**           Toshiba-Samsung  MS28
        **Modified FW Installed:**    iXtreme 1.51-12x Modified FW

The external case of the unit was visually inspected for signs of tampering. The case had missing pieces, and the clips on the back of the case were either missing, or incredibly damaged. The security seal on the front of the console was folded over, and it was obvious that this console had been opened. When I powered on the console I noticed that there was a disc in the drive. It had a pirated copy of SBK Superbike, a game that was released in 2009.

In opening the shell of the console I found that the person who originally opened it was extremely careless, and had damaged the holes that house the clips on the back of the console. The small piece of metal tape that holds the ODD to the chassis had also been cut showing that the drive had been removed from the console at one point.

DETAILS: **Console 4 (Xbox 360)**
**Investigation Date:  May 27, 2009**

    **XBOX 360**

        **Serial Number:**                617674462505
        **Optical Drive Mfg:**           LiteOn DG-16D2S
        **Modified FW Installed:**    iXtreme Unknown version

The external case of the unit was visually inspected for signs of tampering. The case was in fairly good condition and did not appear to have been opened. Upon closer inspection I noticed the metallic tape holding the ODD to the chassis had been cut. The security seal on the front of the console was placed in a way that allowed the case to be opened without breaking the seal. When I powered on the console I found an unlabeled disc in

the drive that contained a ripped copy of the movie "Taken" pirated by the popular group Alli.

This console contains a newer model/revision of the Xbox 360 ODD, which doesn't have a method for dumping the raw firmware image. Instead I had to rely on the proof that a burned disc played without a problem.

**DETAILS: Console 5 (Xbox 360)**
**Investigation Date: September 27, 2010**

    **XBOX 360**

        **Serial Number:**               328627783305
        **Optical Drive Mfg:**       LiteOn DG-16D2S
        **Modified FW Installed:**    iXtreme Unknown version

Before inspecting the console for tampering, I inserted a burned pirate copy of an Xbox 360 game disc. The game booted and was able to be played. An unmodified console requires genuine Xbox media to boot.

The external case of the unit was visually inspected for signs of tampering. The case was in great condition but the Microsoft seal on the front of the console appeared to be tampered.



Once I opened the case I also noticed the metallic tape holding the ODD to the chassis had been cut.



This console contains a newer model/revision of the Xbox 360 ODD, which doesn't have a simple method for dumping the raw firmware image. Further modification would be necessary to read the firmware from the drive. Instead I rely on the proof that a burned disc was able to be played off a DVD-R.

DETAILS: **Console 6 (Xbox 360)**
**Investigation Date:  September 27, 2010**

**XBOX 360**
| | |
|---|---|
| **Serial Number:** | 504514273005 |
| **Optical Drive Mfg:** | Hitachi  GDR3120L  0079 |
| **Modified FW Installed:** | iXtreme 1.51:v79-12x |

Before inspecting the console for tampering, I inserted a burned pirate copy of an Xbox 360 game disc. The game booted and was able to be played. An unmodified console requires genuine Xbox media to boot.

The external case of the unit was visually inspected for signs of tampering. The case was dirty, but was in one piece. The foil Microsoft seal on the front of the console had been removed and the security residue was left behind.



Once I opened the case I also noticed the metallic tape holding the ODD to the chassis had been torn when the drive was removed from the console for modification.



The console contains the Hitachi 0079 Xbox 360 ODD. The drive in this console was modified by installing iXtreme 1.51-12x firmware. This was verified by first playing a burned game disc, as well as dumping the firmware from the drive and comparing to known iXtreme versions. The firmware on this drive matched iXtreme151-79-4C30.bin which was obtained from the hacking community.

in the lot of consoles that I was provided, there were three Xbox 1 consoles. Each of the consoles contained the DuoX 2 Lite Modchip.



DETAILS: **Console 7**
**Investigation Date:  May 27, 2009**

**XBOX 1**

| | |
|---|---|
| **Serial Number:** | Unknown |
| **Manufacture Date:** | Unknown |
| **HDD Info:** | Seagate 250GB Barracuda |
| **Installed Modchip:** | DuoX 2 Lite |

I could not read the Serial Number from this console due to the fact that the data on the manufacturing sticker had worn off over time. The exterior of the console looks un-tampered other than the screws all being removed from the bottom of the case sometime in the past. I opened the case to find a 250GB hard drive installed and a DuoX 2 Modchip.

When booting up the console, it boots directly into the modified dashboard, which enables the launching of game emulators for multiple systems. This particular console contained over 6000+ rom images, ranging from Nintendo to Arcade game rips and more.

I did not find any Xbox 360 games or movies ripped to the hard drive on this console.

DETAILS: **Console 8**
**Investigation Date:  May 27, 2009**

**XBOX 1**

| | |
|---|---|
| **Serial Number:** | Unknown |
| **Manufacture Date:** | Unknown |
| **HDD Info:** | Original HDD |
| **Installed Modchip:** | DuoX 2 Lite |

I could not read the serial number of this console due to the fact that the sticker had been removed. This console had no screws holding it together. When opening the console I found the same DuoX 2 Lite Modchip installed on the console, however the console did not boot into a modified dashboard.

The hard drive that was installed in the case was still the original drive that came with the console. This console may not have been used for backing up games/movies to the hard drive, but it could be used to play pirated Xbox games.

I did not find any Xbox 360 games or movies ripped to the hard drive on this console.

**DETAILS: Console 9**
**Investigation Date: May 27, 2009**

**XBOX 1**

| | |
|---|---|
| **Serial Number:** | 317039551306 |
| **Manufacture Date:** | 2005-03-29 |
| **HDD Info:** | No HDD |
| **Installed Modchip:** | DuoX 2 Lite |

This console was still in pieces when it arrived. The case had been taken apart, and the hard drive was not hooked up, or in the case. The console did not boot in its current state.

# EXHIBIT C



**U. S. Department of Justice**

*United States Attorney*
*Central District of California*

_____

Allen W. Chiu                              1500 United States Courthouse
Assistant United States Attorney            312 N. Spring Street
(213) 894-6527                              Los Angeles, CA 90012

October 18, 2010

<u>VIA INTEROFFICE MAIL</u>

Callie Glanton Steele
Deputy Federal Public Defender
Office of Federal Public Defender
321 East Second Street
Los Angeles, CA 90012

      RE:   <u>United States v. Matthew Crippen</u>, CR No. 09-0703-PSG

Dear Ms. Steele:

      As you are aware, the government intends to introduce testimony from Ken McGrail at trial regarding his knowledge of Microsoft's Xbox security features, including the anti-piracy technological measures that defendant is alleged to have circumvented in this case. Mr. McGrail is also expected to testify at trial regarding his involvement in this case, namely, his role in testing the Xbox consoles that defendant modified for the undercover private investigator and Immigration and Customs Enforcement Special Agent, as well as the Xbox consoles that were seized from defendant's residence during the execution of the federal search warrant in May 2009. The reports that Mr. McGrail prepared in this case were produced to you in August 2009, as part of the government's initial discovery disclosures, and on September 27, 2010, as part of the government's supplemental discovery disclosures. Because Mr. McGrail is part of the team that develops the anti-piracy security features for the Xbox, and, because Mr. McGrail was personally involved in testing the consoles which defendant modified, Mr. McGrail is being called at trial to testify as a percipient witness.

      While the government does not believe that Mr. McGrail's testimony and the reports he prepared fall within the scope of Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure or Rule 702 of the Federal Rules of Evidence, the government is nonetheless providing you notice as a matter of courtesy and in an abundance of caution, in the event you believe that Mr. McGrail's testimony or reports qualify as expert testimony. Mr. McGrail's opinions and the bases and reasons for those opinions can be found in his reports, which as stated, have already been produced to you. The bates numbers for Mr. McGrail's reports are: 69-73 and 275-282.

It is anticipated that Mr. McGrail will testify regarding the Xbox's security features, including the anti-piracy technological measures that defendant is alleged to have circumvented. Moreover, as indicated in Mr. McGrail's reports, he will testify that, based on his examination of the consoles that were provided to him, several of the Xbox consoles were modified such that the anti-piracy technological measures were circumvented to allow for the playing of pirated video games.

Mr. McGrail's testimony is based on his experience developing the security features for the Xbox video game console, as well as his knowledge and training he developed while working in the video game industry. Mr. McGrail has been a member of Microsoft's Xbox Live Product group for the past four years and currently works in the area of developing the core security for the Xbox video game console. Mr. McGrail has spent the majority of his time working with Xbox core security in order to prevent piracy, including investigating and examining Xbox consoles for the purpose of detecting consoles running pirated content. Mr. McGrail has been involved in every major detection system that has been put in place. Mr. McGrail also is involved in the technical identification and electrical validation of components created by individuals trying to circumvent the Xbox's security features. Mr. McGrail graduated with a degree in Computer Science from Full Sail University in 2006, with a special emphasis on game development. A copy of Mr. McGrail's resume is attached hereto.

The government also intends to introduce testimony from Miles Hawkes at trial. Mr. Hawkes is a Senior Program Manager in Microsoft's Interactive Entertainment Business Group. It is anticipated that Mr. Hawkes will testify regarding the copyright registrations for the video games that are developed by Microsoft and its third party licensees. Once again, the government does not believe this testimony falls within the scope of Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure or Rule 702 of the Federal Rules of Evidence as it is fact witness testimony. Nonetheless, while the government does not believe that Mr. Hawkes' testimony falls within the scope of Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure or Rule 702 of the Federal Rules of Evidence, the government is providing you notice as a matter of courtesy and in an abundance of caution, in the event you believe that Mr. Hawkes testimony qualifies as expert testimony.

2

Mr. Hawkes has served as an anti-piracy investigator since at least 2006 and has investigated numerous reports of piracy involving Microsoft's products. In addition, in his capacity as an anti-piracy investigator, Mr. Hawkes has worked with federal and state law enforcement agencies in the identification of counterfeit and infringing Microsoft products and analyzed business and financial records of individuals and companies engaged in software piracy. Prior to joining Microsoft, Mr. Hawkes was a detective with the City of Seattle and was a Police Officer for over twenty years.

Please contact me if you have any questions.

Very truly yours,

ANDRÉ BIROTTE JR.
United States Attorney

/s/

ALLEN W. CHIU
Assistant United States Attorney

Enclosure

3

# Ken McGrail

**Game Designer & Programmer**
www.kmcgrail.com

Ken@kmcgrail.com

## Academic Projects

| Position: | Development Team: | Time: |
|---|---|---|
| Project Lead | Number 9 Interactive | January 2006 – Current |

Currently designing, programming, and producing a humorous first person shooter, in a team of six, using OpenGL.   http://www.cattle-battle.com

**Personal Responsibilities:**
Scheduling team members, design documentation writing and formatting, input manager creation, sound manager creation, shader development, particle system programming, and gameplay mechanics programming. Team Dynamics and creative problem solving are also a main focus.

| Position: | Development Team: | Time: |
|---|---|---|
| Designer | None | December 2005 |

Designed and Programmed a physics simulation using only spheres as collision objects for multiple primitive shapes.

**Personal Responsibilities:**
Research and programming of collision detection and resolution. Created an object manager to keep track of simulation objects in real time. Added predefined stacking capabilities and gravity. Optimized object handling to produce higher frame rates.

| Position: | Development Team: | Time: |
|---|---|---|
| Network Lead | Frontside Games | January 2005 – May 2005 |

Researched TCP/IP and designed a stand alone network module for a turn based worms style game. Created an animation system/tool, 2D bitmap font system, sound manager, and animation manager. Also responsible for schedule creation, documentation, and particle system optimization.

## Work Experience

**ANS Networking Incorporated**                                    **Dover, NH**
On-site Service Technician                          June 2002 - September 2003

Answered and troubleshot customer calls dealing with PC and network issues. Handled purchasing and sales of hardware and software.  Provided on-site service to home and business customers.

**Candela Laser Corporation**                                    **Wayland, MA**
IT Professional                                    June 2001 - September 2002

Maintained smooth working computer network, and user base. In charge of backup tasks, and promptly completing work tickets. Built and distributed windows 98/2000/NT workstations.

## Software Knowledge

- Microsoft Visual Studio
- Microsoft Office Suite
- Microsoft Windows
- NXN Alienbrain
- VTune
- Adobe Photoshop
- Win32
- MFC
- OpenGL
- DirectX

---

### Education
**Bachelor of Science (2006)**
Game Design and Development
*Full Sail Real World Education*

**Relevant Courses**
- Artificial Intelligence
- Optimization
- Data Structures
- Windows Programming
- Direct X
- OpenGL
- Advanced Tools
- Calculus
- Linear Algebra
- Physics
- Machine Architecture
- Ethics and Psychology

**Achievements**
- Perfect Attendance
- Five Month Game Project

### Areas of Strength
- Creativity
- C++ Programming
- Mathematic Background
- Team Management
- Analytical Problem Solving
- Time Management
- Dedicated
- Self-Motivated
- High Attention to Detail
- Enthusiastic
- Working in a Team

# EXHIBIT D



Supplemental Discovery Letter
Chiu, Allen (USACAC)
to:
Callie Steele, Koren Bell
11/29/2010 07:52 PM
Cc:
"Asal Akhondzadeh", "Pinkel, Ruth (USACAC)", "Elisa Fernandez"
Show Details

History: This message has been replied to and forwarded.

1 Attachment



Matthew Crippen Supplemental Discovery Letter.pdf

Callie/Koren:

Please see attached supplemental discovery letter.  Feel free to reach out to me with any questions.

We can start with opening arguments on Wednesday.

Regards,

Allen W. Chiu

Assistant United States Attorney

312 North Spring Street

Los Angeles, CA 90012

Telephone:  (213) 894-6527

Facsimile:  (213) 894-0141

allen.chiu@usdoj.gov

<<Matthew Crippen Supplemental Discovery Letter.pdf>>



**U. S. Department of Justice**

*United States Attorney*
*Central District of California*

---

*Allen W. Chiu*
*Assistant United States Attorney*
*(213) 894-6527*

1500 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

November 29, 2010

<u>VIA E-MAIL</u>

Callie Glanton Steele
Koren Bell
Deputy Federal Public Defender
Office of Federal Public Defender
321 East Second Street
Los Angeles, CA  90012

      RE:   <u>United States v. Matthew Crippen</u>, CR No. 09-0703-PSG

Counsel:

     During preparation for trial in this matter this afternoon, Kenneth McGrail stated that approximately eight years ago, he modified video game consoles, which allowed the consoles to operate the media center and to play pirated games.  Mr. McGrail said that, at about the age of 19, he modified video game consoles for himself and his friends, but did not charge anything for the modifications, monetary or otherwise.  While the government does not believe that this information is relevant to the issues to be litigated at trial and will specifically move to preclude any questioning as it relates to the disclosed conduct, the government provides this disclosure out of an abundance of caution and in accordance with its ongoing discovery obligations.

     Please contact me if you have any questions.

Very truly yours,

ANDRÉ BIROTTE JR.
United States Attorney

/s/

ALLEN W. CHIU
Assistant United States Attorney