ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ALLEN W. CHIU (Cal. State Bar No.: 240516)
Assistant United States Attorney
General Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527
    Facsimile: (213) 894-0141
    E-mail: allen.chiu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 09-0703-PSG |
| | ) |
| Plaintiff, | ) **TRIAL STIPULATION RE:** |
| | ) **ADVERTISEMENT** |
| v. | ) |
| | ) Trial Date: November 30, 2010 |
| | ) Time:        9:00 a.m. |
| MATTHEW CRIPPEN, | ) Place:       Courtroom of the |
| | ) Honorable Philip |
| Defendant. | ) S. Gutierrez |
| | ) |
| | ) |
| | ) |
| | ) |

    Plaintiff United States of America, by and through its

counsel of record, Assistant United States Attorney Allen W.

Chiu, and defendant Matthew Crippen, both individually and by and

through his counsel of record, Callie Glanton Steele and Koren

Bell, HEREBY AGREE AND STIPULATE AS FOLLOWS REGARDING THE

FOLLOWING FACTS:

///

///

///

<u>STIPULATION</u>

On March 16, 2008, Mr. Crippen posted an advertisement on the Xbox-Scene Internet website, <u>www.xbox-scene.com,</u> under the poster name, "hcrip."  In the advertisement, defendant listed the following services, under an Internet posting entitled "Orange County Ca (anaheim) installer - 360, Xbox, Mail-ins & Walk-ins welcome!  Fast turn around (1-2 day)!":

Hey guys, been out for a while & haven't offered services. I repair & also mod Xbox, Xbox 360 ... My prices are listed below & includes labor (shipping extra).  I accept walk-ins or mail-ins.   I ship within a 1-2 day period of receiving your item (make sure to get a signature confirmation).  I still offer a 90-day warranty on all installs.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    Xbox 360

2    Firmware Flash [All drives except Hitachi 79] -$20 for scene

3    members ($30 for your friends, but only $20 if you bought the box

4    yourself)

5    Hitachi 79 Flash - $50

6    Xbox

7    Xbox TSOP Flash - $30 [+10 if you want your Hard Drive

8    setup]

9    DuoX2 - $60

10   ** I won't softmod **

11   THE ABOVE REFERENCED FACTS ARE STIPULATED FOR PURPOSES OF

12   TRIAL.

13   DATED: ___12-1-10___          Respectfully submitted,

'4                                ANDRÉ BIROTTE JR.
                                  United States Attorney
15
                                  ROBERT E. DUGDALE
16                                Assistant United States Attorney
                                  Chief, Criminal Division
17
18                                _____
                                  ALLEN W. CHIU
                                  Assistant United States Attorney
19                                Attorneys for Plaintiff
                                  United States of America
20
21   DATED: ___12-1-10___

22                                _____
                                  MATTHEW CRIPPEN
                                  Defendant
23
24   DATED: ___12/1/10___

25                                _____
                                  CALLIE GLANTON STEELE
                                  KOREN BELL
26                                Attorney for Defendant
                                  Matthew Crippen
'7

28