# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

**CC: USPO**

| | |
|---|---|
| Case No. CR 09-703-PSG | Date December 2, 2010 |
| Present: The Honorable Philip S. Gutierrez | |
| Interpreter None | |

| Wendy Hernandez | Miriam Baird | Allen Chiu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Matthew Crippen | x | | x | Callie Glanton Steele; Koren Bell; Asal Akhondzadeh | x | | x |

___ Day COURT TRIAL     3rd Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial; ___ Begun (1st day); ___ Held & continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

___ Witnesses called, sworn and testified.

___ Exhibits identified     ___ Exhibits admitted

___ Government rests.  ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s)     ___ Not Guilty on count(s)

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.   Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

___ Case continued to _____ for further trial/further jury deliberation.

X   Other:   The Court **Grants** Government's motion to dismiss the Indictment with prejudice.

:  05

Initials of Deputy Clerk   wh